MOORE LAW FIRM, P.C.
Tanya Moore - 206683
tanya@moorelawfirm.com
332 N. Second Street
San Jose, CA 95112
Telephone:   (408) 271-6600
Facsimile:   (408) 298-6046

Attorneys for Plaintiff
JESUS SOSA

HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
HG FOODS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HG FOODS, LLC. dba BURGER KING #3032, 1111 COUNTRY CLUB DRIVE, LLC,<br><br>                    Defendants. | No. 1:10-CV-02196-OWW-SMS<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT TO <u>RESPOND TO COMPLAINT</u>**<br><br>Action Filed:     November 24, 2010 |

        Pursuant to Local Rules 6-143-144, Plaintiff Jesus Sosa and Defendant HG

Foods, LLC, by and through their respective attorneys of record, Tanya Moore and Kurt

A. Franklin of Hanson Bridgett LLP, along with Defendant 1111 Country Club Drive, LLC,

state, agree and stipulate as follows:

        1.        No extension of time has been previously obtained.

- 1 -

1    2.    Counsel for Defendant HG Foods, LLC was retained last month and

2 has been in discussions with Defendant 1111 Country Club Drive, LLC concerning their

3 representation and responsive pleading. Upon being retained, counsel for Defendant HG

4 Foods, LLC called Plaintiff's counsel.  Now, the parties desire to explore early resolution.

5    3.    While Defendants deny wrongdoing, they anticipate having the

6 Burger King restaurant that is the subject of this lawsuit reviewed for construction-related

7 accessibility standards compliance by hiring a Certified Access Specialist (CASp) under

8 Civil Code section 55.51.  So that they can have a CASp report completed and focus on

9 resolution efforts, the parties respectfully request that Defendants be granted forty-five

10 (45) days from the signing of this order to file a responsive pleading to the Complaint.

11    **IT IS SO STIPULATED** effective as of January 12, 2011.

12 DATED:  January 12, 2011                    HANSON BRIDGETT LLP

13

14                                              By:/S/ Kurt Franklin
15                                              KURT A. FRANKLIN
                                                Attorneys for Defendant
16                                              HG FOODS, LLC

17 DATED:  January 12, 2011

18                                              By:/S/ Mark J. Weinstein
19                                              1111 COUNTRY CLUB DRIVE, LLC
                                                Defendant
20 DATED:  January 12, 2011                    MOORE LAW FIRM, P.C.

21

22                                              By:/S/ Tanya Moore
23                                              TANYA MOORE
                                                Attorneys for Plaintiff
24                                              JESUS SOSA

25    I, Kurt Franklin, hereby attest that I have on file all holographic signatures for any

26 signatures indicated by a "conformed" signature ("/S/") within this e-filed document.

27 / / /

28 / / /                                       - 2 -

STIP RE: EXTENSION OF TIME OF 45 DAYS FOR DEF TO RESPOND
TO COMPLAINT (CASE NO. 1:10-CV-02196-OWW-SMS)                    2822442.1

1    **IT IS SO ORDERED:**

2         Defendants HG FOODS, LLC and 1111 COUNTRY CLUB DRIVE, LLC shall file

3    an Answer or other responsive pleading within forty-five (45) days of the date of this

4    Order.

5

6

7    IT IS SO ORDERED.

8    Dated:   __**January 12, 2011**__              _____**/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      - 3 -

STIP RE: EXTENSION OF TIME OF 45 DAYS FOR DEF TO RESPOND
TO COMPLAINT (CASE NO. 1:10-CV-02196-OWW-SMS)                    2822422.1