MOORE LAW FIRM, P.C.
Tanya Moore - 206683
tanya@moorelawfirm.com
332 N. Second Street
San Jose, CA 95112
Telephone:   (408) 271-6600
Facsimile:    (408) 298-6046

Attorneys for Plaintiff
JESUS SOSA

HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
HG FOODS, LLC

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HG FOODS, LLC. dba BURGER KING #3032, 1111 COUNTRY CLUB DRIVE, LLC,<br><br>　　　　　Defendants. | No. 1:10-CV-02196-OWW-SMS<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME OF 21 DAYS FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Action Filed:     November 24, 2010 |

　　　Pursuant to Local Rules 6-143-144, Plaintiff Jesus Sosa and Defendant HG Foods, LLC, by and through their respective attorneys of record, Tanya Moore and Kurt A. Franklin of Hanson Bridgett LLP, along with Defendant 1111 Country Club Drive, LLC, state, agree and stipulate as follows:

　　　1.　　One extension of time has been previously obtained to allow the parties

- 1 -

1. time to explore early resolution.

2. The parties are continuing to explore early resolution, and would like more time to do so before Defendants are required to file a responsive pleading.

3. While Defendants deny wrongdoing, they have had the Burger King restaurant that is the subject of this lawsuit reviewed for construction-related accessibility standards compliance by hiring a Certified Access Specialist (CASp) under Civil Code section 55.51.  A preliminary CASp report has been shared with the Plaintiff.

4. So that the parties continue to focus on resolution efforts, the parties respectfully request that Defendants be granted twenty-one (21) days from the signing of this order to file a responsive pleading to the Complaint.  This extension will not impact case management should the case not be resolved early.

**IT IS SO STIPULATED** effective as of February 24, 2011.

DATED:  February 24, 2011          HANSON BRIDGETT LLP

By:/S/ Kurt Franklin
KURT A. FRANKLIN
Attorneys for Defendant
HG FOODS, LLC

DATED:  February 24, 2011

By:/S/ Mark J. Weinstein
1111 COUNTRY CLUB DRIVE, LLC
Defendant

DATED:  February 24, 2011          MOORE LAW FIRM, P.C.

By:/S/ Tanya Moore
TANYA MOORE
Attorneys for Plaintiff
JESUS SOSA

## ORDER

Defendants HG FOODS, LLC and 1111 COUNTRY CLUB DRIVE, LLC shall file an Answer or other responsive pleading within twenty-one (21) days of the date of this Order.

IT IS SO ORDERED.

Dated: **February 25, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE