Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Jesus Sosa

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>            Plaintiff,<br><br>     vs.<br><br>HG FOODS, LLC, et al.,<br><br>            Defendants. | No.  1:10-CV-02196-OWW-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

   WHEREAS, no Defendant has filed an answer or a motion for summary judgment in this matter;

   WHEREAS, Plaintiff and all Defendants have settled the matter;

   WHEREAS, no counterclaim has been filed in this action;

   Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

 Date: March 30, 2011                              MOORE LAW FIRM, P.C.


                                                                /s/ Tanya E. Moore
                                                                Tanya E. Moore
                                                                Attorneys for Plaintiff Jesus Sosa

*Sosa v. HG Foods, LLC, et al.*
Notice of Voluntary Dismissal of Action

Page 1

# ORDER

Good cause appearing,

IT IS SO ORDERED.

Dated:  **March 30, 2011**              /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE